Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



APR 18 2017



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ROSS LIDEN,<br><br>Defendant. | DOCKET NO. 6:16-mj-005-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Justin Ross LIDEN has failed to obey all laws, notify the Court of new law violations, and pay a fine as ordered by this court.

As the legal officer, I am aware that Justin Ross LIDEN, was charged with driving on a suspended license for a prior conviction for DUI in violation of Title 36 Code of

1

| | |
|---|---|
| 1 | Federal Regulations § 4.2(b), incorporating California Vehicle Code §14601.2 and |
| 2 | speeding in violation of Title 26 Code of Federal Regulations §4.21(c). On May 18, |
| 3 | 2016, LIDEN plead guilty to the charge of driving a motor vehicle with a suspended |
| 4 | license for a prior DUI conviction. LIDEN was sentenced to 24 months of unsupervised |
| 5 | probation with the conditions he pay a $600 fine within eleven months a rate of $60 per |
| 6 | month, obey all laws, and report all new violations of the law to the Court. |
| 7 | The government alleges LIDEN has violated the following condition(s) of his |
| 8 | unsupervised probation: |
| 9 | CHARGE ONE: FAILURE TO OBEY ALL LAWS |
| 10 | LIDEN was ordered to obey all laws. On June 15, 2016, LIDEN was arrested in |
| 11 | Modesto, CA, for violation of California Penal Code §273(A) – Child Cruelty. No |
| 12 | disposition is listed on the criminal history. |
| 13 | CHARGE TWO: FAILURE TO REPORT NEW VIOLATION |
| 14 | LIDEN was ordered to report any new violations or law enforcement contact to the |
| 15 | Court and Legal Office within seven days of the incident. On June 15, 2016, LIDEN was |
| 16 | arrested in Modesto, CA, for violation of California Penal Code §273(A) – Child Cruelty. |
| 17 | The Yosemite Legal Office learned of this arrest when reviewing LIDEN'S criminal |
| 18 | background. |
| 19 | CHARGE THREE: FAILURE TO OBEY ALL LAWS |
| 20 | LIDEN was ordered to obey all laws. On August 06, 2016, LIDEN was arrested in |
| 21 | Modesto, CA, for violations of California Penal Code §496(D) – attempt to commit any |
| 22 | act prohibited by 496 – receiving or selling stolen property; California Penal Code |
| 23 | §368(b)(1) harming an elder / dependent adult; and California Penal Code §1203.2 |
| 24 | probation violation. LIDEN was sentenced on October 5, 2016 to 90 days in custody |
| 25 | and 3 years probation. |
| 26 | CHARGE FOUR: FAILURE TO REPORT NEW VIOLATION |
| 27 | LIDEN was ordered to report any new violations to the. On August 06, 2016, |
| 28 | LIDEN was arrested in Modesto, CA, for violations of California Penal Code §496(D) – |

| | |
|---|---|
| 1 | attempt to commit any act prohibited by §496 – receiving or selling stolen property; |
| 2 | California Penal Code §368(b)(1) harming an elder / dependent adult; and California |
| 3 | Penal Code §1203.2 probation violation. The Yosemite Legal Office learned of this |
| 4 | arrest when reviewing LIDEN'S criminal background. |
| 5 | CHARGE FIVE: FAILURE TO OBEY ALL LAWS |
| 6 | LIDEN was ordered to obey all laws. On August 11, 2016 LIDEN was arrested in |
| 7 | Modesto, CA, for violations of California Penal Code §470(D) – false checks / records / |
| 8 | certifications / etc; California Vehicle Code §14601.2(A) – driving with suspended license |
| 9 | behind a DUI; and California Vehicle Code§ 40302(B) – failure to provide written |
| 10 | promise. LIDEN was sentenced on August 12, 2016 to 15 days in custody and 3 years |
| 11 | probation. |
| 12 | CHARGE SIX: FAILURE TO REPORT NEW VIOLATION |
| 13 | LIDEN was ordered to report any new violations to the Court. On August 11, |
| 14 | 2016 LIDEN was arrested in Modesto, CA, for violations of California Penal Code |
| 15 | §470(D) – false checks / records / certifications / etc; California Vehicle Code |
| 16 | §14601.2(A) – driving with suspended license behind a DUI; and California Vehicle Code |
| 17 | §40302(B) – failure to provide written promise. The Yosemite Legal Office learned of |
| 18 | this arrest when reviewing LIDEN'S criminal background. |
| 19 | CHARGE SEVEN: FAILURE TO OBEY ALL LAWS |
| 20 | LIDEN was ordered to obey all laws. On August 18, 2016 LIDEN was arrested in |
| 21 | Modesto, CA, for a violation of California Penal Code §602 – trespassing |
| 22 | CHARGE EIGHT: FAILURE TO REPORT NEW VIOLATION |
| 23 | LIDEN was ordered to report any new violations to the Court. On August 18, |
| 24 | 2016, LIDEN was arrested in Modesto, CA, for a violation of California Penal Code §602 |
| 25 | – trespassing. The Yosemite Legal Office learned of this arrest when reviewing LIDEN'S |
| 26 | criminal background. |
| 27 | CHARGE NINE: FAILURE TO OBEY ALL LAWS |
| 28 | LIDEN was ordered to obey all laws. On September 07, 2016, LIDEN was |

1 arrested in Modesto, CA, for violations of California Penal Code §11377(A) – possession
2 of a controlled substance; California Penal Code §166(A)(2) – contempt: disobeying
3 court order; and California Penal Code §1203.2 – probation violation. LIDEN was
4 sentenced on October 05, 2016 to 90 days in custody and 3 years probation.

CHARGE TEN: FAILURE TO REPORT NEW VIOLATION

LIDEN was ordered to report any new violations to the Court. On September 07, 2016, LIDEN was arrested in Modesto, CA, for violations of California Penal Code §11377(A) – possession of a controlled substance; California Penal Code §166(A)(2) – contempt: disobeying court order; and California Penal Code §1203.2 – probation violation. The Yosemite Legal Office learned of this arrest when reviewing LIDEN'S criminal background.

CHARGE ELEVEN: FAILURE TO OBEY ALL LAWS

LIDEN was ordered to obey all laws. On November 11, 2016, LIDEN was arrested in Modesto, CA, for a violation of the California Vehicle Code 14601.1(A) – driving while suspended behind a DUI. No disposition is listed on the criminal history.

CHARGE TWELVE: FAILURE TO REPORT NEW VIOLATION

LIDEN was ordered to report any new violations to the Court. On November 11, 2016, LIDEN was arrested in Modesto, CA, for a violation of the California Vehicle Code 14601.1(A) – driving while suspended behind a DUI. The Yosemite Legal Office learned of these arrests on April 12, 2017 through reviewing LIDEN'S criminal background.

CHARGE THIRTEEN: FAILURE TO OBEY ALL LAWS

LIDEN was ordered to obey all laws. On December 10, 2016, LIDEN was arrested in Modesto, CA, for violations of California Penal Code §11550 – use / under the influence of controlled substance; and California Penal Code §1203.2(A) – probation violation. No disposition is listed on the criminal history.

CHARGE FOURTEEN: FAILURE TO REPORT NEW VIOLATION

LIDEN was ordered to report any new violations to the Court. On December 10, 2016, LIDEN was arrested in Modesto, CA, for violations of California Penal Code

§11550 – use / under the influence of controlled substance; and California Penal Code §1203.2(A) – probation violation. The Yosemite Legal Office learned of this arrest when reviewing LIDEN'S criminal background.

CHARGE FIFTEEN:    FAILURE TO OBEY ALL LAWS

LIDEN was ordered to obey all laws. On February 17, 2017, LIDEN was convicted in Stanislaus, CA, for violations of California Penal Code 10851(a) – felony auto theft. He was sentenced to 16 months in jail.

CHARGE SIXTEEN:    FAILURE TO REPORT NEW VIOLATION

LIDEN was ordered to report any new violations to the Court. On February 17, 2017, LIDEN was convicted in Stanislaus, CA, for violations of California Penal Code 10851(a) – felony auto theft. The Yosemite Legal Office learned of this conviction when reviewing LIDEN'S criminal background.

CHARGE SEVENTEEN:    FAILURE TO PAY FINE

LIDEN was ordered to pay $600 within the first eleven months of his probationary period. To date LIDEN has paid $0 of the fine.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

4/18/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

4/18/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

5