HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JUSTIN LIDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00005-MJS |
| Plaintiff, | **MOTION FOR RULE 43 WAIVER OF APPEARANCE AT PLEA AND SENTENCING; ORDER** |
| vs. | |
| JUSTIN LIDEN, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Justin Liden, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any appearance and all proceedings in this matter. Mr. Liden agrees that his interests shall be represented at all times by the presence of his attorney, Reed Grantham from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Liden were personally present. This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

On April 18, 2017, the government filed an affidavit of alleged probation violations, alleging that Mr. Liden violated the conditions of his probation by failing to obey all laws, failing to report a new law violation, and failing to pay a fine. Mr. Liden is currently serving a state sentence and is in custody in Modesto, California.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 5, 2017   */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JUSTIN LIDEN

I consent to the above.

Dated: July 13, 2017   Original Signature on File
JUSTIN LIDEN
Defendant

## O R D E R

GOOD CAUSE APPEARING, the Court grants the Defendant's request in case number 6:16-mj-00005-MJS for waiver of his personal appearance at all proceedings in this matter, to include his change-of-plea and sentencing.

IT IS SO ORDERED.

Dated: July 20, 2017   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE