AO 245D-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JUSTIN LIDEN** | Criminal Number: **6:16MJ0005-001** |
| | Defendant's Attorney: Erin Snider, Appointed |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charge(s)  __1-17__  as alleged in the violation petition filed on  __4/18/2017__ .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | FAILURE TO OBEY ALL LAWS | 6/15/2016 |
| TWO | FAILURE TO REPORT NEW VIOLATION | 6/15/2016 |
| THREE | FAILURE TO OBEY ALL LAWS | 8/6/2016 |
| FOUR | FAILURE TO REPORT NEW VIOLATION | 8/6/2016 |
| FIVE | FAILURE TO OBEY ALL LAWS | 8/11/2016 |
| SIX | FAILURE TO REPORT NEW VIOLATION | 8/11/2016 |
| SEVEN | FAILURE TO OBEY ALL LAWS | 8/18/2016 |
| EIGHT | FAILURE TO REPORT NEW VIOLATION | 8/18/2016 |
| TEN | FAILURE TO REPORT NEW VIOLATION | 9/7/2016 |
| NINE | FAILURE TO OBEY ALL LAWS | 9/7/2016 |
| ELEVEN | FAILURE TO OBEY ALL LAWS | 11/11/2016 |
| TWELVE | FAILURE TO REPORT NEW VIOLATION | 11/11/2016 |
| THIRTEEN | FAILURE TO OBEY ALL LAWS | 12/10/2016 |
| FIFTEEN | FAILURE TO OBEY ALL LAWS | 2/17/2017 |
| SIXTEEN | FAILURE TO REPORT NEW VIOLATION | 2/17/2017 |
| FOURTEEN | FAILURE TO REPORT NEW VIOLATION | 12/10/2016 |
| SEVENTEEN | FAILURE TO PAY FINE | 4/18/2017 |

AO 245D-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case for Revocation

DEFENDANT:**JUSTIN LIDEN**     Page 2 of 4
CASE NUMBER:**6:16MJ0005-001**

The court: [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   5/18/2016  .

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ⎯⎯ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**7/27/2017**
Date of Imposition of Sentence

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

7/27/2017
Date

AO 245-CAED(Rev. 11/2016) Sheet 2 - Imprisonment

DEFENDANT: **JUSTIN LIDEN**  
CASE NUMBER: **6:16MJ0005-001**

Page 3 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
<u>30 days to run concurrent with time defendant is currently serving in state custody at Stanislaus Public Safety Center, Unit Two in Modesto.</u>.

[ ]  No TSR: Defendant shall cooperate in the collection of DNA.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district
    [ ]  at ___ on ___.
    [ ]  as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ]  before ___ on ___.
    [ ]  as notified by the United States Marshal.
    [ ]  as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
United States Marshal

_____
By Deputy United States Marshal

AO 245-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JUSTIN LIDEN**  
CASE NUMBER: **6:16MJ0005-001**

Page 4 of 4

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
<u>Unsupervised Probation for an additional 24 months starting on July 25, 2017</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.

2. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

3. The Defendant shall pay a fine of $590.00 and a special assessment of $ 10.00 for a total financial obligation of $ 600.00, which shall be paid at the rate of 60.00, per month commencing on or before October 30, 2017 , and every thirty days thereafter until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

4. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of thirty (30) days to run concurrent with time defendant is currently serving in state custody.

5. The Defendant is ordered to personally appear for a First Probation Review Hearing on 7/24/2018 at 10:00 am before U.S. Magistrate Judge Seng.

6. When released from state custody Defendant must report to the Law Enforcement Office in Yosemite National Park for post plea booking and processing within 30 days of release from state custody