Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ROSS LIDEN,<br><br>Defendant. | No. 6:16-MJ-0005-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for August 14, 2018. Defense counsel is in agreement with this request. On July 25, 2017, this Court sentenced the Defendant to a 24-month term of unsupervised probation with the conditions he pay a $600 fine, submit to post-plea booking, and serve 30 days in custody to run concurrent with a state sentence he was then serving. To date, the Defendant has completed the 30 days in custody but has not complied with the other terms of unsupervised probation, however, the Government is informed and believes the defendant is currently in custody with the California Department of Corrections and currently not eligible for parole until August 2020.

Therefore, the Government moves to vacate the currently set review hearing, and set the matter for a review hearing on June 18, 2019, and further order the Defendant to be personally

1

present if not in custody.

Dated:  August 8, 2018                              /S/ Susan St. Vincent_____
                                                    Susan St. Vincent
                                                    Legal Officer
                                                    Yosemite National Park

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for August 14, 2018, in the above referenced matter, *United States v. Liden*, *6:16-MJ-0005-JDP*, be vacated, this matter be set for a review hearing on June 18, 2019, and the defendant is to be personally present at the review hearing unless he is in custody.

IT IS SO ORDERED.

Dated:   August 9, 2018                             _____
                                                    UNITED STATES MAGISTRATE JUDGE