HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUSTIN LIDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN LIDEN,<br><br>Defendant. | Case No.  6:16-mj-00005<br><br>**STIPULATION TO CONTINUE REVIEW HEARING, EXTEND PROBATION; ORDER**<br><br>Judge:  Hon. Helena M. Barch-Kuchta |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Justin Liden, hereby stipulate and jointly move this Court to continue Mr. Liden's review hearing on November 17, 2020 to December 15, 2020 and extend probation until January 15, 2021.

On December 10, 2019, Mr. Liden's unsupervised probation was extended for 12 months after converting his remaining fine into 60 hours of community service.  Mr. Liden has completed his community service, however, the government has identified an unrelated potential violation of the terms of Mr. Liden's probation.  The parties jointly request additional time to investigate, and hopefully resolve, these new issues.

                                        Respectfully submitted,

                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  November 13, 2020        */s/ Sean Anderson*
                                        SEAN ANDERSON
                                        Acting Legal Officer
                                        National Park Service
                                        Yosemite National Park

Dated:  November 13, 2020        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/  Benjamin A. Gerson*
                                        BENJAMIN A. GERSON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUSTIN LIDEN

## **O R D E R**

The parties' joint stipulation and motion in *United States v. Liden*, case no. 6:16-mj-00005, is GRANTED to the extent Mr. Liden's review hearing is continued to December 15, 2020 and his probation is extended to January 15, 2021.

IT IS SO ORDERED.

Dated:  November 16, 2020                         
                                        HELENA M. BARCH-KUCHTA
                                        UNITED STATES MAGISTRATE JUDGE