Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ROSS LIDEN,<br><br>Defendant. | No.  6:16-mj-0005-MJS<br><br>**MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |

   The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for December 15, 2020 and terminate probation.  Defense counsel is in agreement with this request.

   On July 25, 2017, this Court sentenced the Defendant to a 24 month term of unsupervised probation with the conditions he pay a $600 fine, submit to post-plea booking, and serve 30 days in custody to run concurrent with a state sentence he was then serving.  On December 10, 2019, this Court commuted the $600 fine to 60 hours of community service and extend probation to December 10, 2020. On November 16, 2020, this Court rescheduled the review hearing set for November 17, 2020, to December 15, 2020 and extended probation to January 15, 2021. To date, the Defendant has completed the 30 days in custody, completed 60 hours of community service and completed post plea booking.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  November 16, 2020        /S/ *Sean O. Anderson*
SEAN O. ANDERSON
Legal Officer
Yosemite National Park

**ORDER**

Upon application of the United States and for good cause shown, the review hearing scheduled for December 15, 2020 in *United States v. Liden, case no. 6:16-mj-0005-MJS*, is vacated and probation is terminated.

IT IS SO ORDERED.

Dated:    November 16, 2020                              
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2